[No. 38769-7-II.   Division Two.   July 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE RICHARD KNAPP, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-01755-2, Chris Wickham, J., entered January 8, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 39073-6-II.   Division Two.   July 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. HUE E. DEEN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-01592-4, Carol Murphy, J., entered March 25, 2009. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 39114-7-II.   Division Two.   July 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD EDWARD STEEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-04326-8, Linda CJ Lee, J., entered March 31, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 39176-7-II.   Division Two.   July 27, 2010.]

*In the Matter of the Marriage of* THOMAS THOMPSON, *Appellant*, and ELIZABETH SZOMBATHY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-3-00019-9, Sally F. Olsen, J., entered March 24, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Van Deren, JJ.